```
                                                  ☒ FILED        ___ LODGED
                                                  ___ RECEIVED   ___ COPY

                                                       NOV 16 2021

                                                  CLERK U S DISTRICT COURT
                                                    DISTRICT OF ARIZONA
                                                  BY_____ DEPUTY
```

1  GLENN B. McCORMICK
   Acting United States Attorney
2  District of Arizona

3  RAYMOND K. WOO
   Arizona State Bar No. 023050
4  SETH T. GOERTZ
   Arizona State Bar No. 031645
5  Assistant United States Attorneys
   Two Renaissance Square
6  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
7  Telephone: 602-514-7500
   Email: raymond.woo@usdoj.gov
8  Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-21-00955-PHX-DLR (MTM) |
|---|---|
| Plaintiff, | **MOTION TO SEAL INDICTMENT** |
| vs. | |
| 1. Webster Batista Fernandez,<br>  a.k.a. Webster Batista,<br>  a.k.a. Eniel Gaetan Hernandez,<br>  a.k.a. Yenddi,<br>  Counts 1-30 | **(Filed Under Seal)** |
| 2. Jose Teran,<br>  a.k.a. Jose Medina,<br>  a.k.a. Jose Manuel Medina Teran,<br>  a.k.a. Chanel,<br>  Counts 1-30 | |
| Defendants. | |

The United States of America, by and through counsel undersigned and pursuant to Fed.R.Crim.P. 6(e)(4), moves this Court for an Order sealing the Indictment and this motion and order filed in this matter until Defendant Jose Teran is arraigned or until Defendant Webster Batista Fernandez is arrested.

It is not expected that excludable delay under 18 U.S.C. § 3161 will occur as a result of this motion or an order based thereon.

Respectfully submitted this 16th day of November, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

RAYMOND K. WOO
Assistant United States Attorney