AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
✓ RECEIVED ___ COPY

NOV 29 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Webster Batista Fernandez | ) Case No. CR-21-00955-PHX-DLR |
| aka Webster Batista | ) |
| aka Eniel Gaetan Hernandez | ) |
| aka Yenddi | ) |
| | ) |
| *Defendant* | ) |

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Webster Batista Fernandez

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18: 371 - Conspiracy
18:1343 - Wire Fraud
18:1957(a) - Money Laundering
18:1028A(a)(1) - Aggravated Identity Theft

Date: 11/17/2021

*Issuing officer's signature*

City and state: Phoenix, Arizona

M. Pruneau, Deputy Clerk
*Printed name and title*

cc: PTS

### Return

This warrant was received on *(date)* 11-17-21, and the person was arrested on *(date)* 11-18-21
at *(city and state)* Doral, FL

Date: 11-19-21

*Arresting officer's signature*

IRS
*Printed name and title*