**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 21-mj-4245-Otazo-Reyes

United States of America
    Plaintiff,

v.

Webster Batista Fernandez,
    Defendant.

_____/

FILED ☒    LODGED ___
RECEIVED ___    COPY ___
DEC 0 7 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CR-21-955-PHX

## ORDER OF REMOVAL

It appearing that in the **DISTRICT OF ARIZONA**, an Indictment was filed against the above-named defendant on a charge of **CONSPIRACY TO COMMIT WIRE FRAUD, MONEY LAUNDERING AND AGGRAVATED IDENTITY THEFT,** and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge Lauren F. Louis at Miami, Florida, which officially committed the defendant for removal to the **DISTRICT OF ARIZONA**, it is

**ORDERED AND ADJUDGED** that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge Lauren F. Louis for removal and posted bail in the amount of **$150,000.00 with 10% bond with a Nebbia Condition and $100,000.00 Corporate Surety Bond,** which was approved by the United States Magistrate Judge Lauren F. Louis, and it is further **ORDERED** that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further **ORDERED** that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

**DONE AND ORDERED** at Miami, Florida on December 6, 2021.

_____
Lauren F. Louis
United States Magistrate Judge

Case 2:21-cr-00955-DLR   Document 19   Filed 12/07/21   Page 2 of 6
Case 1:21-mj-04245-AOR   Document 5   Entered on FLSD Docket 11/29/2021   Page 1 of 1
Page 4

# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor          Date: 11/24/21     Time: 10:00 a.m.

Defendant: Webster Batista Fernandez    J#: 74950-509   Case #: 21-4245-MJ-OTAZO-REYES

AUSA: Andy Camacho                        Attorney: DAVID MICHAEL GARVIN - TEMP

Violation: WARR/IND/D/AZ - CONSP/WIRE FRAUD/MONEY LAUNDERING

Proceeding: REMOVAL/PTD                   CJA Appt:

Bond/PTD Held: ☑ Yes  ☐ No    Recommended Bond: PTD

Bond Set at: _____     Co-signed by: _____

- [x] **Surrender and/or do not obtain passports/travel docs**
- [x] **Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person**
- [x] **Random urine testing by Pretrial Services Treatment as deemed necessary**
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [x] **Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by Defendant***
- [x] **Allowances: Medical needs, court appearances, attorney visits. USPO has the discretion to add allowances**
- [x] **Travel extended to: S/D of FL & District of Arizona**
- [x] **Other: No PII of others**

Language: English

Disposition:
Brady warning already given

*Pretrial Detention hearing held based on risk/flight. Govt proferred. Defense proffered.*

*The Court sets a $100K CSB and $150K w/10% w/Nebbia cosigned by his mother*

*Defendant waived removal orally on the record; Order of removal executed *based on ability***

Time from today to ___ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____
D.A.R. 10:23:13/11:17:55                 Time in Court: 48 mins

# MINUTE ORDER

Page 1

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor      Date: 11/18/2021   Time: 2:00 p.m.

Defendant: WEBSTER BATISTA FERNANDEZ J#: 74950-509    Case #: 21-MJ-4245-OTAZO REYES (SEALED)

AUSA: Breezye Telfair      Attorney: David Garvin -temp

Violation: Warr/D/AZ/Indictment/Conspiracy/Wire Fraud/Money laundering/Agg ID theft      Surr/Arrest Date: 11/18/2021   YOB: 1988

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ☐ Yes ☑ No      Recommended Bond: PTD

Bond Set at: Temporary PTD      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs      Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
- Brady Warning
- Case Unsealed
- Defense counsel filed a temporary notice of appearance
- Rights

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:  11/24  10:00 a.m.  Duty  Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:00:05      Time in Court: 8 min.

s/Alicia M. Otazo-Reyes
Magistrate Judge

BNDLFL,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:21-mj-04245-AOR All Defendants

Case title: USA v. Batista Fernandez

Date Filed: 11/18/2021

Other court case number: CR-21-955 District of Arizona

Date Terminated: 12/06/2021

Assigned to: Magistrate Judge Alicia M. Otazo-Reyes

### Defendant (1)

**Webster Batista Fernandez**  
74960-509  
*YOB: 1988; English*  
*TERMINATED: 12/06/2021*

represented by **David Michael Garvin**  
David M Garvin PA  
200 S Biscayne Boulevard  
Suite 3150  
Miami, FL 33131  
305-371-8101  
Fax: 305-371-8848  
Email: ontrial2@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Temporary*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Warr/D/AZ/Indictment/Conspiracy/Wire Fraud/Money laundering/Agg ID theft | |

**Plaintiff**

USA              represented by **Noticing AUSA CR TP/SR**
Email: Usafls.transferprob@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2021 | 1 | Magistrate Removal of Indictment from District of Arizona Case number in the other District CR-21-955 as to Webster Batista Fernandez (1). (kss) (Entered: 11/18/2021) |
| 11/18/2021 | 2 | Order to Unseal as to Webster Batista Fernandez. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/18/2021. (fbn) (Entered: 11/19/2021) |
| 11/18/2021 | 3 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Initial Appearance as to Webster Batista Fernandez held on 11/18/2021. Bond recommendation/set: Webster Batista Fernandez (1) TEMPORARY Pretrial Detention (NO HEARING HELD). Date of Location Custody (Arrest or Surrender): 11/18/2021. Detention Hearing set for 11/24/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 11/24/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Attorney added: David Michael Garvin for Webster Batista Fernandez (Digital 14:00:05)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/18/2021. (fbn) (Entered: 11/19/2021) |
| 11/18/2021 | 4 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: David Michael Garvin appearing for Webster Batista Fernandez. (fbn) (Entered: 11/19/2021) |
| 11/22/2021 | | Set/Reset Hearings as to Webster Batista Fernandez: Detention Hearing set for 11/24/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 11/24/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (sl) (Entered: 11/22/2021) |
| 11/24/2021 | 5 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Detention Hearing as to Webster Batista Fernandez held on 11/24/2021. Bond recommendation/set: Webster Batista Fernandez (1) $100,000 Corporate Surety Bond & $150,000 with 10% with Nebbia. Defendant WAIVED Removal orally on the record; Order of Removal executed. (Digital 10:23:13/ 11:17:55) Signed by Magistrate Judge Lauren Fleischer Louis on 11/24/2021. (fbn) (Entered: 11/29/2021) |
| 12/06/2021 | 6 | ORDER OF REMOVAL ISSUED to District of Arizona as to Webster Batista Fernandez. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 12/6/2021. *See attached document for full details.* (aw) (Entered: 12/07/2021) |
| 12/07/2021 | 7 | Notice of Criminal Transfer to District of Arizona of a Rule 5 or Rule 32 Initial Appearance |

as to Webster Batista Fernandez. Your case number is: CR-21-955. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (aw) (Entered: 12/07/2021)