```
☑ FILED        ___ LODGED
___ RECEIVED   ___ COPY

      DEC 1 4 2021

  CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**United States District Court**
**Southern District of Florida**
Case No.  21-MJ-4245-OTAZO-REYES

UNITED STATES OF AMERICA,

    v.

WEBSTER BATISTA FERNANDEZ,
(USM# 74960-509)

                                          /

Charging District's Case No. CR-21-00955-PHX-DLR

<u>COMMITMENT TO ANOTHER DISTRICT</u>

The defendant has been ordered to appear in the **DISTRICT OF ARIZONA.**

**David Garvin, Esq., was appointed by the Defendant to represent him for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 12/14/2021.

_____
Lauren F. Louis
United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |

Query   Reports   Utilities   Help   What's New   Log Out

BNDLFL,CLOSED

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-04245-AOR All Defendants

Case title: USA v. Batista Fernandez

Date Filed: 11/18/2021

Other court case number: CR-21-955 District of Arizona

Date Terminated: 12/14/2021

Assigned to: Magistrate Judge Alicia M.
Otazo-Reyes

### Defendant (1)

**Webster Batista Fernandez**                          represented by   **David Michael Garvin**
74960-509                                                                David M Garvin PA
*YOB: 1988; English*                                                     200 S Biscayne Boulevard
*TERMINATED: 12/14/2021*                                                 Suite 3150
                                                                         Miami, FL 33131
                                                                         305-371-8101
                                                                         Fax: 305-371-8848
                                                                         Email: ontrial2@gmail.com
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*
                                                                         *Designation: Temporary*

### Pending Counts                                     ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                                  ### Disposition
None

### Highest Offense Level (Terminated)
None

### Complaints                                         ### Disposition
Warr/D/AZ/Indictment/Conspiracy/Wire
Fraud/Money laundering/Agg ID theft

**Plaintiff**

**USA**                                    represented by **Noticing AUSA CR TP/SR**
                                           Email: Usafls.transferprob@usdoj.gov
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2021 | 1 | Magistrate Removal of Indictment from District of Arizona Case number in the other District CR-21-955 as to Webster Batista Fernandez (1). (kss) (Entered: 11/18/2021) |
| 11/18/2021 | 2 | Order to Unseal as to Webster Batista Fernandez. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/18/2021. (fbn) (Entered: 11/19/2021) |
| 11/18/2021 | 3 | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo-Reyes: Initial Appearance as to Webster Batista Fernandez held on 11/18/2021. Bond recommendation/set: Webster Batista Fernandez (1) TEMPORARY Pretrial Detention (NO HEARING HELD). Date of Location Custody (Arrest or Surrender): 11/18/2021. Detention Hearing set for 11/24/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 11/24/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Attorney added: David Michael Garvin for Webster Batista Fernandez (Digital 14:00:05)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo-Reyes on 11/18/2021. (fbn) (Entered: 11/19/2021) |
| 11/18/2021 | 4 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: David Michael Garvin appearing for Webster Batista Fernandez. (fbn) (Entered: 11/19/2021) |
| 11/22/2021 | | Set/Reset Hearings as to Webster Batista Fernandez: Detention Hearing set for 11/24/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 11/24/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (sl) (Entered: 11/22/2021) |
| 11/24/2021 | 5 | Minute Order for proceedings held before Magistrate Judge Lauren Fleischer Louis: Detention Hearing as to Webster Batista Fernandez held on 11/24/2021. Bond recommendation/set: Webster Batista Fernandez (1) $100,000 Corporate Surety Bond & $150,000 with 10% with Nebbia. Defendant WAIVED Removal orally on the record; Order of Removal executed. (Digital 10:23:13/ 11:17:55) Signed by Magistrate Judge Lauren Fleischer Louis on 11/24/2021. (fbn) (Entered: 11/29/2021) |
| 12/06/2021 | 6 | ORDER OF REMOVAL ISSUED to District of Arizona as to Webster Batista Fernandez. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 12/6/2021. *See attached document for full details.* (aw) (Entered: 12/07/2021) |
| 12/07/2021 | 7 | Notice of Criminal Transfer to District of Arizona of a Rule 5 or Rule 32 Initial Appearance |

| | | |
|---|---|---|
| | | as to Webster Batista Fernandez. Your case number is: CR-21-955. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (aw) (Entered: 12/07/2021) |
| 12/14/2021 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Webster Batista Fernandez. Defendant committed to District of Arizona. Closing Case for Defendant. Signed by Magistrate Judge Lauren Fleischer Louis on 12/14/2021. *See attached document for full details.* (aw) (Entered: 12/14/2021) |
| 12/14/2021 | 9 | Notice of Criminal Transfer to District of Arizona of a Rule 5 or Rule 32 Initial Appearance as to Webster Batista Fernandez. Your case number is: CR-21-00955-PHX-DLR. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court: If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (This transfer just includes the Order of Commitment). (aw) (Entered: 12/14/2021) |