**SUZUKI LAW OFFICES**
Attorneys at Law
Joshua Kolsrud, Esq. No. 025573
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Batista Fernandez*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 21-cr-00955 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Webster Batista Fernandez, | |
| Defendant. | |

    Mr. Joshua Kolsrud, privately retained counsel, does hereby enter his appearance in the above-noted cause in behalf of the defendant, Webster Batista Fernandez, for all further proceedings before this Court.

    RESPECTFULLY SUBMITTED this 24th day of January, 2022.

                       **SUZUKI LAW OFFICE**

                       */s/ Joshua Kolsrud*
                       Joshua Kolsrud, Esq.
                       Attorneys for Defendant *Batosta Fernandez*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

HON. DOUGLAS L RAYES
UNITED STATES DISTRICT COURT

SETH TROY GOERTZ
Assistant United States Attorney
United States Attorney's Office

/s/ Joshua Kolsrud
Joshua Kolsrud, Esq.
Attorneys for Defendant *Batista Fernadez*