# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Webster Batista Fernandez,<br><br>Defendant. | No. CR-21-00955-001-PHX-DLR<br><br>**PROTECTIVE ORDER** |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion for protective order (Doc. 32), there being no objection, and good cause appearing,

**IT IS HEREBY ORDERED** that the United States' motion for a protective order (Doc. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The United States may disclose to defendant Webster Batista Fernandez's defense counsel, without redaction, the private information and personally identifying information (collectively "PII") of individuals to the extent that PII is present in discoverable materials. PII includes, but is not limited to, addresses, telephone numbers, dates of birth, social security numbers, and financial information.

2. Defendant Webster Batista Fernandez's defense counsel may share materials containing PII with members of the defense team, including experts, investigators, and other professionals retained by defense counsel or the defendant to assist in the preparation of the defense.

3. Defendant Webster Batista Fernandez's defense team shall safeguard and shall not disclose the PII provided to them, other than to the extent necessary to prepare the defense.

4. Defendant Webster Batista Fernandez's defense counsel may review materials containing PII with the defendant and potential witnesses to the extent necessary to prepare the defense.

5. Defendant Webster Batista Fernandez and potential witnesses shall not be allowed to retain any materials containing PII during the course of the litigation unless defense counsel ensures that all PII has been redacted from the copies to be retained.

6. Defendant Webster Batista Fernandez's defense team shall destroy, at the conclusion of this matter, all PII in its possession, except that defense counsel shall be allowed to retain materials containing PII until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

DATED this 8th day of March, 2022.

*signature*
Douglas L. Rayes
United States District Judge

- 2 -