
☒ FILED  ☐ LODGED
**Apr 21 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Webster Batista Fernandez,<br><br>    Defendant. | No. CR21-0955-01-PHX-DLR<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒    Change of Plea Hearing

☐    Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this __21st__ day of __March__, 2022.

_____
Webster Batista Fernandez
Defendant

_____
Joshua Kolsrud
Counsel for Defendant

_____
Raymond K. Woo
Assistant U.S. Attorney