# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Webster Batista Fernandez,<br><br>        Defendant | Case No.: **2:21-cr-00955-DLR-1**<br><br>**ORDER** |

    Upon Motion of Defendant, Webster Batista Fernandez, Assistant U.S. Attorney Raymond Woo having no objection, and good cause appearing therefrom;

    **IT IS ORDERED CONTINUING** the January 9, 2023, Sentencing Hearing in this matter to _____, 2023, at _____.

    The court finds excludable delay under Title 18 U.S.C. 3161(h)(7)(A) from _____ to _____.

    DATED this _____ day of _____, 2023.

                                                                    _____
                                                                    *United States District Judge*
                                                                      *United States District Court of Arizona*