GARY M. RESTAINO
United States Attorney
District of Arizona
RAYMOND K. WOO
Arizona State Bar No. 023050
SETH T. GOERTZ
Arizona State Bar No. 031645
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Raymond.woo@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Webster Batista, et. al.,<br><br>　　　　　Defendant. | CR-21-00955-DLR<br><br>**Joint Stipulation on Restitution** |

　　　　The United States, counsel for Webster Batista, and counsel for Jose Teran, respectfully stipulate to the restitution amount of $3,365,352.85. Along with the other standard conditions concerning the repayment of restitution, the parties agree that Webster Batista and Jose Teran will be jointly and severally liable for the restitution, restitution is due immediately, and Batista and Teran be ordered to make minimum monthly payments -- in an amount determined by the Court and as recommend by the pre-trial services officer -- to commence 60 days after their release from imprisonment to a term of supervised release. The restitution amount is set out in Attachments A and B, and attributed to the following victims and/or victim representatives:

| Victim or Victim Representative | Restitution Amount |
|---|---|
| El Ojo (For Certain Artists Set Out in Attachment A) | $15,179.64 |
| Cecilia Ramirez (Los Caminantes) | $149,227.23 |
| Eleazar Torres Gloria (Vagon Chicano) | $98,069.04 |
| Enrique Ortega (Jose Luis Perales) | $153,039.04 |
| Gustavo Lopez (Don Omar) | $20,978.38 |
| INAMU (For Certain Artists Set Out in Attachment A) | $11,067.39 |
| Fonovisa Records (Grupo Mandingo | $67,188.96 |
| Regalias Digitales (For Certain Artists Set Out in Attachment A) | $1,395,143.87 |
| Luciano Napolitano (Pappo) | $1,975.88 |
| Morrie Sanchez (SPARX) | $49,115.45 |
| Nancy Ramirez | $100,181.02 |
| Pablo Gonclaves (La Renga) | $707.26 |
| Sergio Villarreal (Grupo Ladron) | $55,759.93 |
| Recording Industry Association of America "RIAA" (For Certain Artists Set Out in Attachment B) | $1,247,719.76 |
| **Total:** | **$3,365,352.85** |

The parties request that the criminal judgments (Dkt. #s 93 and 104) be amended to reflect the stipulated restitution amount, and that the Court vacate the restitution hearing set on November 20, 2023. Defense Counsels have consulted with Webster Batista and Jose Teran on the stipulated amount. Both Defendants agree to the stipulated restitution amount of $3,365,352.85.

Respectfully submitted this 8th day of November, 2023.

                    GARY M. RESTAINO
                    United States Attorney
                    District of Arizona

                    *S/ Raymond K. Woo*
                    RAYMOND K. WOO
                    SETH GOERTZ
                    Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Andrew Pacheco, Esq.
Jason M. Silver, Esq.
Attorneys for Defendant Jose Teran

RJ Suzuki, Esq.
Attorney for Defendant Webster Batista

By:   *S/ Daniel Parke*
       U.S. Attorney's Office