# ATTACHMENT A

| Webster Batista Fernandez et al Victim Impact Statement SUMMARY OF CLAIMS | | | |
|---|---|---|---|
| **Artist** | **Artist Representative** | **Claim Made?** | **Claim Amount** |
| Indio Solari | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 42.69 |
| Rata Blanca | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 1,932.51 |
| Deborah Dixon | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 30.02 |
| Los Redondos | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 1,505.63 |
| Victor Heredia | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 20.15 |
| Jorge Rojas | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 655.13 |
| Los Gardelitos | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 861.80 |
| Peteco Carbajal | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 733.54 |
| Mercedes Sosa (and compilations) | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 5,465.66 |
| Flema | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 2,010.20 |
| Frenkel | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 47.42 |
| Orellana Lucca | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 1,656.94 |
| Sumo | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 35.83 |
| Luca Prodan | Carlos Leandro and Ariel Cosentino (El Ojo) | Yes | 182.12 |
| | Total Payable to El Ojo | | 15,179.64 |
| Los Caminantes | Cecilia Ramirez (widow to Agustin) | Yes | 149,227.23 |
| Vagon Chicano | Eleazar Torres Gloria (Legal Rep) | Yes | 98,069.04 |
| Jose Luis Perales | Enrique Ortega Carballo (Attorney - Spain) | Yes | 153,039.04 |
| Don Omar | Gustavo Lopez (rep for Don Omar) | Yes | 20,978.38 |
| Seru Giran | INAMU | Yes | 159.64 |
| Charly Garcia | INAMU | Yes | 4,660.82 |
| Gustavo Santaolalla | INAMU | Yes | 800.95 |
| Miguel Cantilo | INAMU | Yes | 13.49 |
| Leon Gieco | INAMU | Yes | 57.52 |
| David Lebon | INAMU | Yes | 38.64 |
| Raul Porcheto | INAMU | Yes | 48.55 |
| Leopoldo Federico | INAMU | Yes | 0.05 |
| Pedro Aznar | INAMU | Yes | 342.96 |
| Raul Barboza | INAMU | Yes | 2.28 |
| Jaime Torres | INAMU | Yes | 308.77 |
| Ruben Rada | INAMU | Yes | 11.50 |
| Amelita Baltar | INAMU | Yes | 90.45 |
| Vera Lucero | INAMU | Yes | 217.61 |
| Los Cantores | INAMU | Yes | 2,752.47 |
| Los Tucu Tucu | INAMU | Yes | 7.01 |
| Leonardo Favio | INAMU | Yes | 160.51 |
| Billy Bond | INAMU | Yes | 3.30 |
| Alberto Castillo | INAMU | Yes | 212.43 |
| Carlos Di Sarli | INAMU | Yes | 11.82 |
| Edmundo Rivero | INAMU | Yes | 13.94 |
| Eduardo Falu | INAMU | Yes | 90.58 |
| Daniel Toro | INAMU | Yes | 54.78 |

SUMMARY of ROYALTY CLAIMS

| Webster Batista Fernandez et al Victim Impact Statement SUMMARY OF CLAIMS | | | |
|---|---|---|---|
| **Artist** | **Artist Representative** | **Claim Made?** | **Claim Amount** |
| Piero | INAMU | Yes | 1,007.32 |
| | Total Payable to INAMU | | 11,067.39 |
| | | | |
| Grupo Mandingo | Javier Esparza (Fonovisa Records rep) | Yes | 67,188.96 |
| | | | |
| Grupo Jalado | Josh Norek (Regalias Digitales) | Yes | 104,528.06 |
| RBD | Josh Norek (Regalias Digitales) | Yes | 79,512.70 |
| Los Armadillos De La Sierra | Josh Norek (Regalias Digitales) | Yes | 73,949.43 |
| Grupo Bryndis | Josh Norek (Regalias Digitales) | Yes | 81,485.07 |
| La Dinastia De Tuzantla | Josh Norek (Regalias Digitales) | Yes | 90,756.19 |
| Myriam Hernandez | Josh Norek (Regalias Digitales) | Yes | 66,645.61 |
| Los Askis | Josh Norek (Regalias Digitales) | Yes | 46,376.85 |
| Los Bybys | Josh Norek (Regalias Digitales) | Yes | 42,294.76 |
| Chuy Vega | Josh Norek (Regalias Digitales) | Yes | 45,375.72 |
| Hector Montemayor | Josh Norek (Regalias Digitales) | Yes | 44,043.35 |
| Los Greys | Josh Norek (Regalias Digitales) | Yes | 35,552.03 |
| Pimpinela | Josh Norek (Regalias Digitales) | Yes | 30,812.14 |
| Grupo La Cumbia | Josh Norek (Regalias Digitales) | Yes | 29,892.10 |
| Los Giles | Josh Norek (Regalias Digitales) | Yes | 36,960.10 |
| Banda Refaga | Josh Norek (Regalias Digitales) | Yes | 28,582.02 |
| Grupo Samuray | Josh Norek (Regalias Digitales) | Yes | 30,465.09 |
| Ckan | Josh Norek (Regalias Digitales) | Yes | 27,816.51 |
| Bertin Y Lalo | Josh Norek (Regalias Digitales) | Yes | 29,489.93 |
| Liberacion | Josh Norek (Regalias Digitales) | Yes | 28,351.24 |
| Omar Ruiz | Josh Norek (Regalias Digitales) | Yes | 32,474.59 |
| Adolescentes | Josh Norek (Regalias Digitales) | Yes | 24,750.79 |
| Rayito Colombiano | Josh Norek (Regalias Digitales) | Yes | 29,436.74 |
| Los Pumas Del Norte | Josh Norek (Regalias Digitales) | Yes | 22,072.83 |
| Pegasso De Emilio Reyna | Josh Norek (Regalias Digitales) | Yes | 21,690.84 |
| Los Pajaritos De Tacupa | Josh Norek (Regalias Digitales) | Yes | 28,967.76 |
| El Fantasma | Josh Norek (Regalias Digitales) | Yes | 25,301.10 |
| Codigo FN | Josh Norek (Regalias Digitales) | Yes | 23,811.15 |
| Campeche Show | Josh Norek (Regalias Digitales) | Yes | 20,067.49 |
| Danny Daniel | Josh Norek (Regalias Digitales) | Yes | 15,283.64 |
| Grupo Mojado | Josh Norek (Regalias Digitales) | Yes | 19,456.82 |
| Sergio Vega | Josh Norek (Regalias Digitales) | Yes | 23,040.87 |
| Los Llayra | Josh Norek (Regalias Digitales) | Yes | 17,994.53 |
| Virlan Garcia | Josh Norek (Regalias Digitales) | Yes | 13,507.03 |
| Los Jefes De La Sierra Grande | Josh Norek (Regalias Digitales) | Yes | 12,226.73 |
| Miguel Y Miguel | Josh Norek (Regalias Digitales) | Yes | 22,747.46 |
| Camilo Sesto | Josh Norek (Regalias Digitales) | Yes | 26,468.55 |
| Alfa 7 | Josh Norek (Regalias Digitales) | Yes | 10,940.59 |
| Celso Piña | Josh Norek (Regalias Digitales) | Yes | 18,728.73 |
| Paty Cantu | Josh Norek (Regalias Digitales) | Yes | 14,784.64 |
| Chicos de Barrio | Josh Norek (Regalias Digitales) | Yes | 18,502.09 |
| | Total Payable to Regalias Digitales | | 1,395,143.87 |

SUMMARY of ROYALTY CLAIMS

| Webster Batista Fernandez et al Victim Impact Statement SUMMARY OF CLAIMS | | | |
|---|---|---|---|
| **Artist** | **Artist Representative** | **Claim Made?** | **Claim Amount** |
| Pappo | Luciano Napolitano | Yes | 1,975.88 |
| SPARX | Morrie Sanchez (Publisher) | Yes | 49,115.45 |
| Nancy Ramirez | Nancy Ramirez | Yes | 100,181.02 |
| La Renga | Pablo Gonclaves, La Renga Discos | Yes | 707.26 |
| Grupo Ladron | Sergio Villarreal (CEO of band) | Yes | 55,759.93 |
| | | | 2,117,633.09 |