GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER LEVINSON
Assistant U.S. Attorney
Arizona State Bar No. 020551
40 N. Central Avenue, #1800
Phoenix, Arizona 85004-4408
Telephone: (602)514-7500
Jennifer.Levinson@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>   v.<br><br>Webster Batista Fernandez,<br><br>       Defendant,<br><br>Broadcast Music, Inc.,<br><br>       Garnishee. | CR 21-00955-001-PHX-DLR<br><br>**CLERK'S NOTICE OF POST<br>JUDGMENT GARNISHMENT** |

You are hereby notified that your property may be taken by the United States of America, which has a Judgment, in CR-21-00955-001-PHX-DLR, District of Arizona, in the sum of $3,365,552.85. A balance of $3,362,506.24 remains outstanding on this Judgment as of January 13, 2025.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. The attached Claim for Exemption form contains a summary of the exemptions that apply to the enforcement of judgments for criminal fines and restitution under 18 U.S.C. § 3613.

You have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it claims you do, or if you think the property the Government is taking qualifies under one of the exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing. You must either mail it or deliver it in person to the Clerk of the United States District Court at 401 West Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-2118. If you wish, you may use this notice

to request the hearing by checking the box in the Attached Claim For Exemption Form below and mailing it to the court clerk. You must also send a copy of your request to the United States Attorney, Financial Litigation Program at 405 West Congress Street, Suite 4900, Tucson, Arizona 85701-5041, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your property will be applied to the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property/earnings be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at 401 West Washington Street, Suite 130, SPC 1, Phoenix, Arizona 85003-2118. You must also send a copy of your request to the Government at U.S. Attorney's Office, Financial Litigation Program, 405 West Congress Street, Suite 4900, Tucson, Arizona 85701-5041, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED: ___1/17/2025___.

               DEBRA D. LUCAS
               Clerk, U.S. District Court
               District of Arizona

               By _____
               Deputy Clerk

GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER LEVINSON
Assistant U.S. Attorney
Arizona State Bar No. 020551
40 N. Central Avenue, #1800
Phoenix, Arizona 85004-4408
Telephone: (602)514-7500
Jennifer.Levinson@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-00955-001-PHX-DLR |
| Plaintiff, | |
| v. | REQUEST FOR HEARING |
| Webster Batista Fernandez, | |
| Defendant, | |
| Broadcast Music, Inc., | |
| Garnishee. | |

Regarding the matter of *Ex Parte* Application for Writ of Garnishment of Non-Earnings filed by the United States in this case (check all that apply):

[ ]   I think the property Garnishee is withholding is exempt under the checked exemption on the attached Claim for Exemption Form.

[ ]   I do not think the Government complied with the following statutory requirement for the issuance of the Writ of Garnishment:

_____

_____

_____.

[ ]   I do not request a hearing.

[ ]   I request a hearing in this District.

[ ]    I request a hearing and that this Court transfer the hearing to the federal district where I reside:

I reside in _____(city), _____(state).

[ ]    I request that the hearing take place within 5 days.

Notice of the hearing should be given to me by mail at:

_____
_____
or telephonically at (____)_____.


DATED:_____          _____
                                   Signature of Judgment Debtor


                                   _____
                                   Printed Judgment Debtor Name

## CLAIM FOR EXEMPTION FORM

### EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)

I claim that the exemption(s) from garnishment which are checked below apply in this case.

_____  1.  Wearing apparel and school books.  26 U.S.C. § 6334(a)(1).

_____  2.  Fuel, provisions, furniture, and personal effects pursuant to 26 U.S.C. § 6334(a)(2).

_____  3.  Books and tools of a trade, business, or profession pursuant to 26 U.S.C. § 6334(a)(3).

_____  4.  Unemployment benefits. 26 U.S.C. § 6334(a)(4).

_____  5.  Undelivered mail. 26 U.S.C. § 6334(a)(5).

_____  6.  Certain annuity and pension payments. - - Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay. 26 U.S.C. § 6334(a)(6).

_____  7.  Workmen's compensation. 26 U.S.C. § 6334(a)(7).

_____  8.  Judgments for support of minor children. 26 U.S.C. § 6334(a)(8).

_____  9.  Certain service-connected disability payments. 26 U.S.C. § 6334(a)(10).

_____  10. Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(a)(12).

_____  11. Disposable Earnings.  The maximum part of the aggregate disposable earnings of an individual for any workweek which is subject to garnishment may not exceed 25% of the

individual's disposable earnings for that week or the amount by which the individual's disposable earnings for that week exceed 30 times the Federal minimum hourly wage in effect at the time the earnings are payable, whichever is less, or a multiple thereof when a pay period is other than a week.  15 U.S.C. § 1673(a).

I declare under penalty of perjury that all statements made on this Claim for Exemption form are true and correct.

_____

Date

_____

Debtor's printed or typed name                Signature of Debtor