FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER LEVINSON
Assistant U.S. Attorney
Arizona State Bar No. 020551
40 N. Central Avenue, #1800
Phoenix, Arizona 85004-4408
Telephone: (602)514-7500
Jennifer.Levinson@usdoj.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 21-00955-001-PHX-DLR |
| Plaintiff, | |
| v. | **ANSWER OF GARNISHEE** |
| Webster Batista Fernandez, | (Non-Earnings – Continuing Lien) |
| Defendant, | |
| Broadcast Music, Inc., | |
| Garnishee. | |

1) I am the above-named Garnishee or am authorized by Garnishee to make this affidavit on Garnishee's behalf regarding the Writ of Garnishment served on Garnishee via Federal Express on January 29, 2025 .

2) Garnishee waives service of the Writ by other means.

3) Garnishee has custody, control or possession of the following property in which the Judgment Debtor has an interest:

///

///

///

///

| | Description of Property | Approximate Value | Description of Judgment Debtor's Interest in Property (Ex. wages earned for a specified pay period, vested or date when interest will vest, eligible to withdraw, lump sum withdrawal or monthly payments and amount, etc.) |
|---|---|---|---|
| a. | Public performance royalties | approximately $250,000.00 currently withheld. | Royalties are for the public performance of musical compositions written and co-written by Judgment Debtor. |
| b. | Public performance royalties | unknown future amounts which may become due | |
| c. | | | |
| d. | | | |

4) The following is a description of previous garnishments against Judgment Debtor which are presently in effect and the extent to which any remaining property is not exempt:
N/A _____
_____

5) Garnishee anticipates owing to Judgment Debtor the following amounts in the future, including the period of payment:
Judgment Debtor may be entitled to receive certain future royalties for the public
performance of music compositions written and/or co-written by Judgment Debtor.
Garnishee has placed a withhold on Judgment Debtor's account.

6) Copies of this Answer were delivered on this date January 29, 2025 to Debtor by:

_____ hand delivery;

    __X__ regular first class mail to the address determined to be best calculated to reach said parties in a timely manner;

    _____ service pursuant to the Rules of Civil Procedure applicable to a Summons;

and to his spouse, **Omeida Yadira Batista**, Phoenix, AZ 85027 via

    _____ hand delivery;

    __X__ regular first class mail to the address determined to be best calculated to reach said parties in a timely manner;

    _____ service pursuant to the Rules of Civil Procedure applicable to a Summons;

and to the **U.S. Attorney's Office**, Financial Litigation Program, 405 W. Congress Street, #4900, Tucson, Arizona 85701-5041, by:

    _____ hand delivery;

    __X__ regular first class mail to the address determined to be best calculated to reach said parties in a timely manner;

    _____ service pursuant to the Rules of Civil Procedure applicable to a Summons;

    7)     Garnishee's name, address and telephone number:

_____

    8)     Garnishee requests that Garnishee be discharged on this Answer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   _January 29, 2025_

_____       Revi-ruth Enriquez-Cohen
Signature                                       Printed Name
(212) 220-3150
Phone number